# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEPHEN NEWELL,
               Appellant,

vs.

KATIE NEWELL,
               Respondent.

No. 74633



FILED

DEC 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order suspending appellant's supervised visitation for two months and directing appellant to apologize to his child. Second Judicial District Court, Family Court Division, Washoe County; David Humke, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order suspending visitation for

two months or from an order directing a party's communications with a child. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. David Humke, District Judge, Family Court Division
Stephen Newell
Jaymie Mitchell Attorney at Law PC
Washoe District Court Clerk

---

[1]An original petition for extraordinary relief may be a more appropriate vehicle for appellant to challenge the district court's order. *See* NRAP 21.